United States District Court
Middle District of Florida
Jacksonville Division

**MARK A. SAWITZKY,**

 *Plaintiff,*

v.                  No. 3:15-cv-1216-J-34PDB

**GREEN TREE SERVICING, LLC,**

 *Defendant.*

___

# Order

On December 14, 2015, the plaintiff filed an unopposed motion for leave to file an amended complaint to correct a scrivener's error and resolve issues raised in the defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss served by "electronic notice or by U.S. Mail" on November 20, 2015. Doc. 15. He attaches the amended complaint to his motion for leave to amend. Doc. 15-1–Doc. 15-4.

A party may amend its pleading once as a matter of course within 21 days after the earlier of service of any responsive pleading or service of a Fed. R. Civ. P. 12(b) motion. Fed. R. Civ. P. 15(a)(1)(B). If a party may act within a specified time after service and service is made electronically or by U.S. mail, 3 days are added to the time. Fed. R. Civ. P. 6(d).

The defendant's motion for leave to amend is unnecessary because he filed the amended complaint within the period for doing so as a matter of course. The Court **directs** the clerk to terminate the motion for leave to amend, Doc. 15, and file the amended complaint, Doc. 15-1, as a standalone docket entry. The Court **denies** as

moot the motion to dismiss the original complaint, Doc. 20, and **directs** the defendant to respond to the amended complaint by **January 11, 2016**.

    **Ordered** in Jacksonville, Florida, on December 16, 2015.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of Record